UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Becky Barnes-Boers,<br><br>    Plaintiff,<br><br>v.<br><br>Pete Pedram Halimi, in his individual and representative capacity as Trustee, PH Trust; and Does 1-10,<br><br>    Defendants. | Case: 2:13-CV-01556-JAM-CMK<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated:  1/21/2014           /s/ John A. Mendez_____
                            HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE